

**UNITED STATES ex rel. Dominick Salvatore VICCHITTO, Relator-Appellant, v. L. L. MARTINEAU, Divisional Director of Immigration, etc., Respondent-Appellee.**

**No. 321.**

Circuit Court of Appeals, Second Circuit.

April 18, 1939.

Frank A. Francis, of Hartford, Conn., for appellant.

Before L. HAND, AUGUSTUS N. HAND, and PATTERSON, Circuit Judges.

PER CURIAM.

Order, 27 F.Supp. 440, affirmed in open court.

**W. B. WARD, Receiver of Northwestern National Bank And Trust Company of Philadelphia, Defendant-Appellant, v. FIDELITY–PHILADELPHIA TRUST COMPANY, Trustee as Set Forth in a Certain Indenture of Mortgage, Dated October 1, 1928, and Recorded in the Office for Recording of Deeds, in Mortgage Book J. M. H. 6471, Page 27, Plaintiff-Appellee.**

**W. B. WARD, Receiver of Northwestern National Bank And Trust Company of Philadelphia, Defendant-Appellant, v. TRUSTEES OF THE GENERAL ASSEMBLY OF THE PRESBYTERIAN CHURCH IN THE UNITED STATES OF AMERICA, Plaintiff-Appellee.**

**Nos. 6837, 6838.**

Circuit Court of Appeals, Third Circuit.

June 2, 1939.

For opinion below see 22 F.Supp. 579.

Joseph E. Gold, of Philadelphia, Pa., for appellant.

Harry Kalish, of Philadelphia, Pa., for appellee.

Before BIGGS, CLARK, and BUFFINGTON, Circuit Judges.

BUFFINGTON, Circuit Judge.

In accordance with the opinion in the accompanying case, 3 Cir., 104 F.2d 301, these two cases are affirmed.

**UNITED STATES of America ex rel. WONG LEON KEN, Appellant, v. Rudolph REIMER, Director of Immigration, Appellee.**

**No. 351.**

Circuit Court of Appeals, Second Circuit.

May 29, 1939.

James C. Thomas, of New York City, for appellant.

John T. Cahill, U. S. Atty., of New York City (David McKibbin, 3d, Asst. U. S. Atty., of New York City, of counsel), for appellee.

Before L. HAND, CHASE, and PATTERSON, Circuit Judges.

PER CURIAM.

Order affirmed.

**Earl WENDEL v. The CITIZENS STATE BANK OF TOPEKA, KANSAS.**

**No. 1906.**

Circuit Court of Appeals, Tenth Circuit.

July 21, 1939.

Frank E. Miller, of Topeka, Kan., for appellant.

O'Neil, Hamilton & Griffith, of Topeka, Kan., for appellee.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed at appellant's costs, on motion of appellant.